**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

MEGAN E. GAHAN, *pro se,*

     Plaintiff,

v.                                                                    Civ. No. 25cv1152 WJ/GJF

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On November 20, 2025, the Clerk of Court notified the parties that, pursuant to Rule 3 of the Supplemental Rules of Social Security Actions under 42 U.S.C. 406(g), Plaintiff's opening brief was due 30 days after the Commissioner's answer/administrative record was filed. Dkt. No. 7. The Commissioner filed the administrative record on January 20, 2026. Dkt. No. 10. Accordingly, Plaintiff's opening brief was due February 19, 2026. No brief was filed by that deadline; nor have the parties filed a notice of an agreed extension of briefing deadlines.

**IT IS THEREFORE ORDERED** that no later than **March 6, 2026**, Plaintiff shall **SHOW CAUSE**, in writing, why this action should not be dismissed. Failure to respond to this Order may result in dismissal of this case without prejudice.

**SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE